# Order

Michigan Supreme Court
Lansing, Michigan

March 31, 2015

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein,
Justices

149591 & (18)

PEOPLE OF THE STATE OF MICHIGAN,
          Plaintiff-Appellee,

v

GERALD LEE LATTA, JR.,
          Defendant-Appellant.

SC:  149591
COA:  320500
Branch CC:  06-038472-FC

_____/

By order of February 3, 2015, the prosecuting attorney was directed to answer the application for leave to appeal the June 2, 2014 order of the Court of Appeals.  On order of the Court, the answer having been received, the application for leave to appeal is again considered, and it is DENIED, because the defendant has failed to meet the burden of establishing entitlement to relief under MCR 6.508(D).



s0323

I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 31, 2015



Clerk